# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL BRUCE WILLIAMS, | Case No. CV 09-0660-GW (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| LARRY SMALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 26, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE